THE ATTORNEY GENERAL
OF TEXAS



GERALD C. MANN
XXXXXXXXXXXXXXX
ATTORNEY GENERAL

Honorable W. Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Governor O'Daniel:

Opinion No. 0-3110
Re: Whether or not a County Surveyor
holding office under the laws of the
State of Texas may also serve as a member
of the Board of Examiners of the Land
Surveyors under the provisions of
Article 5268 R. C. S., and under the
provisions of the Texas Constitution.

We acknowledge receipt of your letter of January 31, 1941, propounding
for a legal opinion the questions stated above.

Section 40 of Article XVI of the Constitution declares:

"No person shall hold or exercise, at the same time, more
than one civil office of emolument, * * *"

There are several specific exceptions made in the Section, but none of
them is material to the present inquiry.

Article 5283 of the statute provides for the election of a County
Surveyor for a term of two years. Article 5284 requires an official
bond for the faithful performance of the duties "of his office", and
Article 3944 fixes his official fees.

Before the above Section of theConstitution could apply, however, it
would further be necessary that a member of the Board of Examiners
for license as land surveyors would be likewise holders of a civil
office of emolument. It is not enough that one of the offices be an
office of emolument and the other a nonsalaried office, or one without
emolument. (See Graves v. M. Griffin O'Neil & Sons, 189 S. W. 778).

Undoubtedly, a member of the Board of Examiners of Land Surveyors holds
an office under the State of honor and trust, but it does not appear
to be one of emolument. Article 5281 of Ch. 2 of our civil statutes,
dealing with surveyors and surveys, declares:

"The sum received by the Board or so much thereof as may be necessary shall be used to defray the actual expenses incurred by the members of said Board in the execution of this law, and the remainder shall be deposited annually in the State treasury. No appropriation shall ever be made to defray the expense of said Board or to carry into effect any provisions of this law."

From this it follows that a County Surveyor in Texas is not thereby disqualified from holding at the same time membership in the Board of Examiners of Land Surveyors.

Very truly yours

ATTORNEY GENERAL OF TEXAS

s/      Ocie Speer

By

      Ocie Speer
      Assistant

OS:mr/ ldw

APPROVED FEB. 12, 1941
s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY B. W. B.
CHAIRMAN